IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERETT EDWARDS,**<br>Petitioner,<br><br>v.<br><br>**JOHN KERESTES, Superintendent,<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA, and<br>THE DISTRICT ATTORNEY OF<br>PHILADELPHIA COUNTY,**<br>Respondents. | CIVIL ACTION<br><br><br><br>NO.  15-3573 |

## O R D E R

**AND NOW**, this 14th day of January, 2016, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Everett Edwards, the record in this case, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa dated December 21, 2015, and Objection to the Report and Recommendation filed by *pro se* petitioner, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa dated December 21, 2015, is **APPROVED** and **ADOPTED**;

2. The Objection to the Report and Recommendation filed by *pro se* petitioner is **OVERRULED** on the ground that all of the issues raised in the Objection were addressed in the Report and Recommendation which the Court approved and adopted.  The objections are **OVERRULED** for the reasons stated in the Report and Recommendation;

3. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner is **DENIED** and **DISMISSED** without an evidentiary hearing; and,

2

    4.      A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling(s) with respect to petitioner's claim(s).  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                              **BY THE COURT:**

                                              **/s/ Hon. Jan E. DuBois**

                                              **DuBOIS, JAN E., J.**